No Revenue Stamps Required.                                           1720 453

# Know all men by these presents

that I, John Elwyn Stone of Portsmouth, County of Rockingham, and State of New Hampshire,

for and in consideration of the sum of ——————————One Dollar——————————

to me in hand, before the delivery hereof, well and truly paid by The Parish of Christ Church in Portsmouth, New Hampshire, a religious corporation,

established May 11, 1949, under the laws of the State of New Hampshire,

the receipt whereof I do hereby acknowledge, have given, granted, bargained, sold, and by these presents do give, grant, bargain, sell, alien, enfeoff, convey and confirm unto the said The Parish of Christ Church in Portsmouth, New Hampshire, and its successors and assigns forever.

A certain tract or parcel of land, situate in Portsmouth, County of Rockingham, and State of New Hampshire, bounded and described as follows:

Beginning at an iron pipe in the easterly sideline of Lafayette Road distant 740 feet northerly from Elwyn Road; thence running North 18°31' East by Lafayette Road 600 feet to an iron pipe at other land of John Elwyn Stone; thence turning and running South 71°29' East, 300 feet; South 18°31' West, 600 feet; North 71°29' West, 300 feet, all by other land of John Elwyn Stone to Lafayette Road and the point of beginning. All corners being marked by iron pipes driven into the ground.

**To have and to hold** the said granted premises, with all the privileges and appurtenances thereunto belonging, to The Parish of Christ Church in Portsmouth, New Hampshire, the said grantee and its successors and assigns, to their own use and behoof forever.

And I the said grantor for myself and for my heirs, executors and administrators, do hereby covenant, grant and agree, to and with the said grantee and its successors and assigns, that until the delivery hereof I am the lawful owner of the said premises, I am seized and possessed thereof in my own right in fee simple; and have full power and lawful authority to grant and convey the same in manner aforesaid; that the said premises are free and clear from all and every incumbrance whatsoever;

and that I and my heirs, executors and administrators, shall and will **warrant** and **defend** the same to the said grantee and its successors and assigns, against the lawful claims and demands of any person or persons whomsoever.

1720 454

And I, John Elwyn Stone, an unmarried, ................................................

for the consideration aforesaid, do hereby release to the said grantees, my right ................ in the before mentioned premises.

And we do each of us hereby release all rights of homestead secured to us, or either of us under and by virtue of any law of the State of New Hampshire and all other rights and interest therein.

**In witness whereof** I have hereunto set my hand and seal, this 17th day of June, in the year of our Lord 1964.

Signed, sealed and delivered
in presence of

*Elizabeth J. Murphy*    *John Elwyn Stone*

State of New York } New York ss

June 17, A.D. 1964

Personally appeared the above named - - - - John Elwyn Stone - - - - - and acknowledged the foregoing to be his voluntary act and deed — Before me:

*James C. Traber*
Notary Public

My Commission Expires:
3/30/65

JAMES C. TRABER
Notary Public, State of New York
No. 60-4009150
Qualified in Westchester County
Certificate filed in
New York County Clerk
Term Expires March 30, 1965

REC'D & RECORDED   JUN 18 1964   12:15 Pm.