EXHIBIT A

AGREEMENT made this 17 day of June, 1964, by and between JOHN ELWYN STONE of Portsmouth, County of Rockingham, and State of New Hampshire, hereinafter called the SELLER, and THE PARISH OF CHRIST CHURCH in Portsmouth, County of Rockingham, and State of New Hampshire, hereinafter called PURCHASER, Witnesseth:

1. That the Seller agrees to sell to the Purchaser certain real estate situate at Lafayette Road, Portsmouth, County of Rockingham, and State of New Hampshire, bounded and described as follows:

A certain tract or parcel of land, situate in said Portsmouth, bounded and described as follows:

Beginning at an iron pipe in the easterly sideline of Lafayette Road distant 740 feet northerly from Elwyn Road; thence running North 18°31' East by Lafayette Road 600 feet to an iron pipe at other land of John Elwyn Stone; thence turning and running South 71°29' East, 300 feet; South 18°31' West, 600 feet, North 71°29' West, 300 feet, all by other land of John Elwyn Stone to Lafayette Road and the point of beginning. All corners being marked by iron pipes driven into the ground.

2. The consideration for the sale is that the Purchaser has agreed to erect an Episcopal Church on the premises set forth above, as a successor to its Church destroyed by fire; the design for this Church must first be approved prior to construction by the Seller based upon drawings of the exterior of the Church. It is agreed also that this property will be used solely for ecclesiastical purposes and that in the event of the use of the property for any other purposes, the title to the property shall revert to the Seller, his heirs, executors, administrators and assigns; it is also agreed that it is not necessary to set forth this reversion restriction in a deed. Ecclesiastical purposes shall permit church fairs, bazaars, sales, auctions, public meals, sale of religious goods, educational activities, etc., but shall not permit use solely as a playground.

3. The Purchaser has the right upon the signing of this Agreement to enter upon the land to take measurements and soundings.

4. The Deed will be delivered when the exterior plans and drawings of the new Church building have been signed and approved by Seller and by Purchaser.

5. While it will not be so stated in the Deed, it is agreed that the construction work on the new Church will be substantially completed within two years from the date of delivery of deed, barring unforeseen circumstances; if work does not progress, barring unforeseen circumstances, and is not substantially completed with the said two year period, Seller will have the option to sell upon his right of reverter.

IN WITNESS WHEREOF, We have hereunto set our hands and seals the day and year first above written.

June 17, 1964                            John Elwyn Stone
                                                   Seller

                                        The Parish of Christ Church in Portsmouth,
                                        New Hampshire

William F. Harrington          By  Rev. John D. Swanson
                                                   Rector
William F. Harrington              Reginald E. Whitehouse
                                                   Senior Warden
William F. Harrington              Hugh R. Clarke
                                                   Junior Warden