BK2183 PG052

Nov 6  9 37 AM '72
REC'D ROCKINGHAM COUNTY
REGISTRY OF DEEDS

SUPPLEMENT TO INDENTURE OF AGREEMENT OF DECEMBER
29, 1965 BY AND BETWEEN JOHN ELWYN STONE OF
PORTSMOUTH, NEW HAMPSHIRE AND THE PARISH
OF CHRIST CHURCH ALSO OF SAID PORTSMOUTH

NOW COMES John Elwyn Stone of 45 Elwyn Road, Portsmouth, County of Rockingham, The State of New Hampshire, and states:

1. That on December 29, 1965, he executed an indenture of agreement with authorized representatives of The Parish of Christ Church of Portsmouth, New Hampshire (a copy of which indenture is attached hereto and made a part hereof by reference).

2. That paragraph number 5 of said agreement allowed Stone to have the right by Will or by duly acknowledged instrument to appoint a person to succeed to and have all of his rights with respect to subdivisions A and B of the indenture of agreement, which rights include, but are not limited to, reversionary rights to Stone's estate for condition broken.

3. The purpose of this supplement to indenture of agreement is to appoint Ronald L. Snow of 95 North Main Street, Concord, N. H., as John Elwyn Stone's nominee pursuant to paragraph 5 of the original indenture of agreement, who shall succeed to and have all of his rights pursuant to the

Page 1 of 2

BK2183 PG052

agreement above-referred to of December 29, 1965 in the case of the said Stone's death or incapacity.

IN WITNESS WHEREOF, John Elwyn Stone has hereunto set his hand and affixed his seal this 3d day of November, 1972.

Witness:

_Leo P. Lind, Jr._                _John Elwyn Stone_
                                  John Elwyn Stone

State of New Hampshire
County of

On this the 3d day of November, 1972, before me, personally appeared John Elwyn Stone and acknowledged the foregoing instrument to be his voluntary act and deed.

Before me,

_Leo P. Lind, Jr._
~~Justice of the Peace~~ / Notary Public

Page 2 of 2