## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| PARISH OF CHRIST CHURCH aka PARISH OF CHRIST EPISCOPAL CHURCH; and DIOCESE OF NEW HAMPSHIRE aka EPISCOPAL CHURCH OF NEW HAMPSHIRE, <br><br> Plaintiffs, <br><br> v. <br><br> TD BANK, N.A., AS TRUSTEE OF THE JOHN ELWYN STONE TRUST, and ATTORNEY GENERAL, DIRECTOR OF CHARITABLE TRUSTS, <br><br> Defendants. | Case No.:  1:25-cv-00019-PB-TSM |

### Assented-To Motion To Further Extend Defendants'
### Time To Respond To First Amended Complaint

Now come TD Bank, N.A., as Trustee of the John Elwyn Stone Trust ("Trustee") and the

Director of Charitable Trusts and respectfully request another 14-day extension of time to file their

respective responsive pleadings to the First Amended Complaint (Doc. 6), to facilitate the parties'

ongoing and productive settlement discussions. In support of this request, the Trustee and Director

of Charitable Trusts state as follows:

1.      Plaintiffs filed their Complaint (Doc. 1) on January 9, 2025, and filed their First

Amended Complaint (Doc. 6) on January 30, 2025.

2.      The Trustee accepted service on January 24, 2025, and, accordingly, its responsive

pleading was due March 25, 2025.  On March 24, 2025, the Trustee moved to extend its time to

file a responsive pleading by 10 days to April 4, 2025 (Doc. 12), and this request was granted on

March 25, 2025.

#18086203v1

3.      The Director of Charitable Trusts accepted service of the First Amended Complaint on February 3, 2025 (Doc. 7), and accordingly, its responsive pleading was initially due April 4, 2025.

4.      On April 3, 2025, the Trustee and the Director of Charitable Trusts moved to extend their time to file a responsive pleading to the Amended Complaint by 14 days, from April 4, 2025, to April 18, 2025 (Doc. 13), to facilitate the parties' settlement discussions.  This request was granted on April 4, 2025.

5.      The parties continue to be engaged in productive settlement discussions, which they believe provide good cause to extend the responsive pleading deadline by another 14 days. Defendants submit that this requested extension will facilitate their settlement discussions and is not expected to cause undue delay or prejudice to any party.

6.      Plaintiffs assent to this request.  *See* LR 7.1(c).

7.      Due to the nature of the relief requested, a separate memorandum of law is not filed herewith.  *See* LR 7.1(a)(2).

WHEREFORE, TD Bank, N.A., Trustee of the John Elwyn Stone Trust, and the Director of Charitable Trusts respectfully request that this Honorable Court:

A.  Enter an Order extending the time for Defendants to file their respective responsive pleadings to the First Amended Complaint by 14 days, from April 18, 2025, to May 2, 2025; and

B.  Grant such other and further relief as justice may require.

Respectfully submitted,

TD Bank, N.A., Trustee of the John
Elwyn Stone Trust,

By its attorneys,

PIERCE ATWOOD LLP

Dated:  April 17, 2025          By:  /s/ Michele E. Kenney
                                                               Michele E. Kenney
                                                                NH Bar No. 19333
            One New Hampshire Ave., Suite 350
            Portsmouth, NH 03801
            Telephone: (603) 433-6300
            mkenney@pierceatwood.com

            New Hampshire Attorney General's Office,
            Director of Charitable Trusts,

Dated:  April 17, 2025          By:  /s/ Jared W. Davis
            Mary Ann Dempsey
            NH Bar No. 13123
            Jared W. Davis
            NH Bar No. 267754
            New Hampshire Attorney General's Office
            Director of Charitable Trusts
            One Granite Place South
            Concord, NH 03301
            Telephone: (603) 271-3658
            Maryann.dempsey@doj.nh.gov
            Jared.w.davis@doj.nh.gov

**Certificate of Service**

      I hereby certify that on this 17th day of April, 2025, I have caused the foregoing document to be filed via the Court's CM/ECF System, which shall effect service on counsel of record for the Plaintiffs Parish of Christ Church aka Parish of Christ Episcopal Church and Diocese of New Hampshire aka Episcopal Church of New Hampshire, Alexandra S. Cote at alexandra.cote@mclane.com, and Amanda E. Quinlan at Amanda.quinlan@mclane.com, and to counsel of record for the New Hampshire Attorney General, Director of Charitable Trusts, Mary Ann Dempsey at maryann.dempsey@doj.nh.gov and Jared W. Davis at jared.w.davis@doj.nh.gov.

                                             /s/ Michele E. Kenney
                                           Michele E. Kenney

3